O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     EDCV 08-00362-SGL(OPx)                                      Date:  September 22, 2008

Title:       ALEJANDRO CASTRO OROZCO -v- CITY OF MORENO VALLEY, OFFICER ECKENRODE (BADGE NO. 3783); RICK HALL and DOES 1 to 10
==========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Luke D. Jackson                                                  Arthur K. Cunningham

PROCEEDINGS:   ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL

ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO APPEAR AT SCHEDULING CONFERENCE

A hearing was held on September 22, 2008.

The Court addressed plaintiff's counsel's motion to withdraw as counsel, which was unopposed.  For good cause shown, the Court **GRANTS** plaintiff's counsel's motion to withdraw as counsel.

A scheduling conference was held.  Although advised of the scheduling conference by his attorney (who was seeking to be relieved as counsel of record), plaintiff did not appear for the scheduling conference.

Based on plaintiff's failure to appear at the scheduling conference, the Court ORDERS that plaintiff appear and show cause why his complaint should not be dismissed for failure to prosecute. The Court will hear this matter at 10:00 a.m., September 29, 2008, in Courtroom One of the above-referenced Court.  Failure to appear will result in dismissal of the current action.

      Plaintiff's address, as reported to the Court by his former counsel, is: 21640 Mary Street, Perris, CA 92570. The Clerk shall update the Court's docket sheet with this information and serve this Order on him.

      **IT IS SO ORDERED.**