O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
CIVIL MINUTES -- GENERAL

Case No.     EDCV 08-00362-SGL(OPx)                    Date:  September 29, 2008

Title:     ALEJANDRO CASTRO OROZCO -v- CITY OF MORENO VALLEY, OFFICER
           ECKENRODE (BADGE NO. 3783); RICK HALL and DOES 1 to 10
=================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

           Jim Holmes                               Theresa Lanza
           Courtroom Deputy Clerk                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

 Alejandro Castro Orozco, In pro se         John M. Porter

PROCEEDINGS:     ORDER DISCHARGING ORDER TO SHOW CAUSE ("OSC")

       A hearing on the Court's September 22, 2008, Order to Show Cause was held.  The plaintiff
appeared and informed the Court that he attempted to appear at last week's hearing, but went to
the wrong courthouse.  In light of this attempt, the Court DISCHARGES the OSC.

       Plaintiff requested 60 to 90 days to attempt to retain new counsel.  Defendants stated they
had no objection to this request.  In accordance with his request, plaintiff SHALL attempt to retain
new counsel in advance of the scheduling conference referred to below.

       The Court SETS a scheduling conference for November 24, 2008, at 10:00 a.m.  Plaintiff
shall give a copy of this Order to his new counsel, and counsel shall meet and confer with defense
counsel in advance of the scheduling conference.  If plaintiff is unable to retain new counsel, he is
ORDERED TO APPEAR in person at the hearing.

       **IT IS SO ORDERED.**

## Judge Larson's E-Filing Memorandum Attachment

Counsel shall e-file all civil and criminal filings for Judge Larson pursuant to General Order 08-02, filed on March, 2008 (**superseding** General Order No. 07-08). Although the procedure is set forth in great detail in General Order 08-02, generally, the procedure consists of the following three steps:

Step 1: All *non-signature* items shall be e-filed in **.pdf format.**

Step 2: In addition to being e-filed, all proposed *signature* items shall be e-mailed to the chambers electronic mailbox in **Microsoft Word** or **WordPerfect format**. **WordPerfect format is preferred**. The chambers e-mail address is **sgl_chambers@cacd.uscourts.gov**

Step 3: A paper copy of all e-filed documents shall be delivered to chambers **no later than noon the day after e-filing**. All copies delivered to chambers shall have the Notice of E-filing attached thereto. For ease of use, declarations, notices, appendices, and similar documents that have multiple exhibits attached thereto shall separate the exhibits with numbered or lettered tabs.

### UNDER SEAL FILINGS

Documents to be filed under seal may not be e-filed and are subject to different procedures. To file documents under seal, the following steps must be taken:

Step 1: Manually file an ex parte application to file the documents under seal and concurrently lodge an original and one copy of the documents to be filed under seal.

Step 2: E-file a Notice of Manual Filing.

Step 3: E-mail a .pdf copy of that ex parte application to the chambers e-mail address together with a WordPerfect or Microsoft Word version of the proposed order for the Court's consideration. WordPerfect format is preferred.

### DO NOT OMIT ANY OF THE ABOVE STEPS.

For any additional questions, please refer to the General Order or call the Helpline @ 213-894-0242.

(Revision date January 16, 2008)

MINUTES FORM 90
CIVIL -- GEN                                      Page 2                      Initials of Deputy Clerk; jh
                                                                                    Time: 0/05